# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TINA M CHRISTIAN, et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>REGENCE BLUECROSS BLUESHIELD<br>OF OREGON, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C20-5445-RJB-MAT<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 24);

(2) Defendant's Motion to Compel (Dkt. 16) is DENIED;

(3) Plaintiff's Motion to Dismiss and Remand Case to State Court (Dkt. 13) is GRANTED and this case is REMANDED to Clark County Superior Court; and

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

ORDER - 1

Mary Alice Theiler.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 25th day of August, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2